No. 96. MORRISSEY *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Circuit Court

of Appeals for the Ninth Circuit denied. *Mr. Byron C. Hanna* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.